ANTHONY JASAITIS, PETITIONER-RESPONDENT, v. CITY
OF PATERSON, RESPONDENT-PETITIONER.

See same case below: 55 *N. J. Super.* 138.

*Mr. Ervan F. Kushner* for the petitioner.

*Mr. John C. Wegner* for the respondent.

June 17, 1959.  Granted.

CITY OF PASSAIC, PETITIONER, v. GERA MILLS *ET AL.*,
RESPONDENTS.

See same cases below: 55 *N. J. Super.* 73; 55 *N. J.
Super.* 94.

*Mr. William N. Gurtman* for the petitioner.

*Mr. Thomas E. Duffy, Mr. Vincent E. Hull, Mr. Albert
H. Kreamer* and *Messrs. Gardner & Williams* for the re-
spondents.

June 17, 1959.  Denied.